# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

December 20, 2021

Oren J. Warshavsky
direct dial: 212.589.4624
owarshavsky@bakerlaw.com

**VIA ECF**

Hon. John G. Koeltl
U.S. District Judge
United States District Court for The Southern
District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   Civil Action No. 1:21-mc-00852-JGK-BCM
      *Ex Parte Application of Libyan Asset Recovery and Management Office*

Dear Judge Koeltl:

We received the contents of Docket Entry No. 9, posted to the docket in the above captioned action on Friday December 17, 2021.

We are discussing this with our co-counsel at Holland & Knight, who will be filing an appearance in this matter, and others at the Libyan Asset Management Office, including Mr. Arif whose declaration was included with the application.

We will be responding to that entry later this week.

We appreciate Your Honor's ongoing attention to this matter.

Respectfully Submitted,

/s/ Oren J. Warshavsky

Oren J. Warshavsky