**BakerHostetler**

Baker & Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

May 4, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/04/2023

Oren J. Warshavsky
direct dial: 212.589.4624
owarshavsky@bakerlaw.com

**MEMO ENDORSED**

**VIA ECF**

Hon. Barbara Moses
U.S, Magistrate Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Room 740
New York, NY 10007

Re:   In re: Ex Parte Application of Libyan Asset Recovery and Management Office to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782, Civil Action No. 21-MC-852 (JGK) (BCM)

Dear Judge Moses:

Along with Holland & Knight, this firm represents Petitioner Libyan Asset Recovery and Management Office in the above referenced proceeding.

On April 27, 2023, Your Honor directed us to indicate, by today, whether petitioner will be pursuing the application. We request an additional 14 days to submit a response to Your Honor's Order. Though we'd hoped and expected to be in a position to respond, we require this additional time to understand issues related to Petitioner and provide a thorough response to Your Honor. In connection with that response, Petitioner will either discontinue the application or provide a response and explain the basis for proceeding.

We appreciate Your Honor's ongoing attention to this matter.

Hon. Barbara Moses
May 4, 2023
Page 2

Respectfully submitted,

*/s/ Oren J. Warshavsky*

Oren J. Warshavsky

> Application GRANTED. No later than **May 18, 2023**, petitioner shall either discontinue this action or provide a response and explain a basis for proceeding. SO ORDERED.
>
> _____
> Barbara Moses
> United States Magistrate Judge
> May 4, 2023

cc:     Warren E. Gluck, Esq.