**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re *Ex Parte* Application of Libyan Asset Recovery and Management Office, to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782,<br><br>Petitioner. | Case No. 21-mc-00852-JGK-BCM |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Warren E. Gluck of Holland & Knight LLP hereby appears as counsel for Petitioner Libyan Asset Recovery and Management Office, and requests service of all papers, pleadings and any other documents filed or served herein on Holland & Knight LLP at the address set forth below.

Dated: New York, New York
           June 16, 2023

                                        HOLLAND & KNIGHT LLP

                                        By: */s/ Warren E. Gluck, Esq.*

                                             Warren E. Gluck, Esq.
                                             31 West 52nd Street
                                             New York, New York 10019
                                             Phone: (212) 513-3200
                                             Email: warren.gluck@hklaw.com

                                             *Counsel for Petitioner Libyan Asset Recovery and Management Office*