# EXHIBIT A

The Presidency Council Of The Government Of National Accord



المجلس الرئاسي لحكومة الوفاق الوطني

قرار المجلس الرئاسي لحكومة الوفاق الوطني
رقم ( 241 ) لسنة 2021 ميلادية
بتقرير حكم بقراره رقم 1496 لسنة 2019م

**المجلس الرئاسي:**

- بعد الاطلاع على الإعلان الدستوري، وتعديلاته.
- وعلى الاتفاق السياسي الليبي الموقع بتاريخ 17 ديسمبر 2015 ميلادي.
- وعلى قانون النظام المالي للدولة ولائحة الميزانية والحسابات والمخازن وتعديلاتهما.
- وعلى القانون رقم (12) لسنة 2010م، بشأن إصدار قانون علاقات العمل ولائحته التنفيذية.
- وعلى قرار المجلس الرئاسي رقم (4) لسنة 2016م، بشأن تشكيل حكومة وفاق وطني.
- وعلى قرار المجلس الرئاسي رقم (12) لسنة 2016م، بشأن تفويض بمهام.
- وعلى قرار المجلس الرئاسي رقم (1496) لسنة 2019م، بإعادة تنظيم مكتب استرداد أموال الدولة الليبية وإدارة الأصول المستردة.
- وعلى ما تقتضيه المصلحة العامة.

**قـــرر**

**مادة (1)**

تكون تبعية مكتب استرداد أموال الدولة الليبية وإدارة الأصول المستردة إلى المجلس الرئاسي.

**مادة (2)**

يعمل بهذا القرار من تاريخ صدوره، ويلغى كل حكم يخالف أحكامه، وعلى الجهات المختصة تنفيذه.

المجلس الرئاسي لحكومة الوفاق الوطني

صدر في: 23 رجب 1442هجري
الموافق: 7 / 3 / 2021 ميلادي
رقم: عم/ القانونية