# EXHIBIT A
## (Translation)



Almotamayez For Legal Translation     المتميز للترجمة القانونية

Decision of the Presidential Council of the Government of National Accord No. (241) of 2021 AD to decide a ruling to its Resolution No. 1496 of 2019 AD

Presidential Council:

After reviewing the Constitutional Declaration, and its amendments

- And the Libyan Political Agreement signed on December 17, 2015 AD.

- And the law of the financial system of the state and the regulation of the budget, accounts and warehouses and their amendments.

- And Law No. (12) of 2010 AD regarding the issuance of the Labor Relations Law and its executive regulations,

- And Presidential Council Resolution No. (4) of 2016 AD regarding the formation of a government of national reconciliation.

- And Presidential Council Resolution No. (12) of 2016 AD regarding delegation of duties,

- And Presidential Council Resolution No. (1496) of 2019 AD to reorganize the Libyan Asset Recovery and Management Office

And as required by the public interest.

Article (1)

The Libyan Asset Recovery and Management Office shall be affiliated to the Presidential Council.

Article (2)

This decision shall come into effect from the date of its issuance, and any provision that contradicts its provisions shall be repealed, and the competent authorities shall take all necessary measures to implement it.

The Presidential Council of the Government of National Accord

Issued on 24 Rajab 1442
March 7, 2021 AD



Bagdad Str. Close To Elmgharief Str.   +218 21333 0801   091- 190 4592   شارع بغداد المتفرع من المقريف سابقا
E-mail: Almotamayez83@gmail.com - almo_2013@outlook.sa