# EXHIBIT B

The Presidency Council Of The
Government Of National Accord



المجلس الرئاسي
لحكومة الوفاق الوطني

قرار المجلس الرئاسي لحكومة الوفاق الوطني
رقم ( 294 ) لسنة 2021 م
بتقرير بعض الأحكام في شأن مكتب استرداد
أموال الدولة الليبية وإدارة الأصول المستردة

**المجلس الرئاسي/**

- بعد الإطلاع على الإعلان الدستوري وتعديلاته.
- وعلى الاتفاق السياسي الليبي الموقع بتاريخ ( 17/ ديسمبر/ 2015 م )
- وعلى قانون النظام المالي للدولة ولائحة الميزانية والحسابات والمخازن وتعديلاتهما.
- وعلى القانون رقم ( 12) لسنة 2010 م ، بشأن علاقات العمل ولائحته التنفيذية.
- وعلى قرار المجلس الرئاسي رقم ( 4) لسنة 2016 م ، بشأن تشكيل حكومة وفاق وطني.
- وعلى قرار المجلس الرئاسي رقم ( 12) لسنة 2016 م ، بشأن تفويض بمهام.
- وعلى قرار المجلس الرئاسي رقم ( 1496) لسنة 2019م ، بإعادة تنظيم مكتب استرداد أموال الدولة الليبية وإدارة الأصول المستردة.
- وعلى ما تقتضيه المصلحة العامة.

**قـــــرر**

مادة ( 1)

تعدل الفقرة الأولى من المادة ( 5) من قرار المجلس الرئاسي رقم ( 1496) لسنة 2019م المشار إليه ، بحيث يجري نصها على النحو التالي :

( يدار المكتب بمجلس إدارة يتكون من رئيس وأربعة أعضاء ، يصدر بتسميتهم قرار من المجلس الرئاسي ).

مادة ( 2)

يشكل مجلس إدارة مكتب استرداد أموال الدولة الليبية وإدارة الأصول المستردة على النحو التالي:

| | | |
|---|---|---|
| 1. أنور لطفي عاريــــــــــف | رئيسا. | |
| 2. محمد فرج خميـــــــــس | عضوا. | |
| 3. يوسف السنوسي الشــارف | عضوا. | |
| 4. عصام إبراهيم الفـــلاح | عضوا. | |
| 5. جلال الدين عمر بن محمود | عضوا. | |

مادة ( 3)

تكون مدة عمل مجلس إدارة المكتب ثلاث سنوات ، تبدأ اعتبارا من تاريخ صدور هذا القرار.

مادة ( 4)

يعمل بهذا القرار من تاريخ صدوره ، ويلغى كل حكم يخالفه ، وعلى الجهات المختصة تنفيذه.

المجلس الرئاسي لحكومة الوفاق الوطني

صدر بتاريخ: 25/ 1/ 1442 هجري
للموافــق: 9 / 3 /2021 ميلادي
ك م القانونية