# EXHIBIT B (Translation)

The Presidential Council of the Government National Accord

Decision of the presidential Council of national Accord Government

No.(294) / 2021

By deciding some judgments in the case of the office

Libyan Asset Recovery and Management Office

## The Presidential Council

- After reviewing the constitutional declaration and amendments.
- The Libyan political agreement signed on December 17-2015.
- The law of the public financial system, the regulations of budget, accounts and warehousing as amended.
- The law No.12 of 2010 regarding the labor relations law and its implementing regulations.
- The Decision of Presidential Council No.4 of 2016 regarding the formation of the Government of National Accord.
- The Decision of Presidential Council No.12 of 2016 delegating certain of tasks.
- The Decision of Presidential Council No. 1496 of 2019 regarding the reorganizing of the Libyan Asset Recovery and Management Office.
- And as required by the public interest.

## The Presidential Council Decided

### Article 1

Article 5 of the first paragraph of the Presidential Council resolution no. 1496 of 2019 referred to, is amended to read as follows:

(The office is managed by a board of directors consisting of a president and four members, who are nominated by a decision of the Presidential Council).

## Article 2

The Libyan Asset Recovery and Management Office Board of Directors is formed as follows:

| | | |
|---|---|---|
| 1- | Anwar Lutfi Arif. | President |
| 2- | Mohamed Faraj Khamis | Member |
| 3- | Yousif Al-Snosi Elsharif | Member |
| 4- | Esam Ibraheem Alfalah | Member |
| 5- | Galal Eddin Omar BenMahmud. | Member |

## Article 3

This board of directors shall remain in power for three years, starting from the date of the issuance of this decision.

## Article 4

This decision shall be enforced from the date of its issuance and every decision that contradicts its provisions shall be canceled, and all competent authorities shall implement it.

The Presidential Council of National Accord Government

Issued on 9 March 2021