# EXHIBIT C



حكومــة الوحــدة الوطنيــة
ⴰⴳⴰⵙⵓ ⵏⴷⵓⵔⵓⵏⵏⵓ ⵏⵓⵎⵉⵉ-ⵏ
agasu nduronnu numii-n
Government of National Unity

## قرار مجلس وزراء حكومة الوحدة الوطنية
### رقم ( 157 ) لسنة 2021 م
### بتقرير بعض الأحكام في شأن الهيكل التنظيمي لمكتب استرداد أموال الدولة الليبية وإدارة الأصول المستردة

**مجلس الـوزراء،**

- بعد الاطلاع على الإعلان الدستوري وتعديلاته .
- وعلى الاتفاق السياسي الليبي الموقع بتاريخ 17/ ديسمبر/ 2015 م.
- وعلى مخرجات ملتقى الحوار الليبي المنعقد بتاريخ 9/ نوفمبر/ 2020م.
- وعلى قانون النظام المالي للدولة ولائحة الميزانية والحسابات والمخازن وتعديلاتهما.
- وعلى القانون رقم (12) لسنة 2010 م، بشأن إصدار قانون علاقات العمل ولائحته التنفيذية.
- وعلى ما قرره مجلس النواب في جلسته المنعقدة بتاريخ 10/مارس/2021م، في مدينة سرت بشأن منح الثقة لحكومة الوحدة الوطنية.
- وعلى قرار المجلس الرئاسي رقم (1497) لسنة 2019م، باعتماد الهيكل التنظيمي لمكتب استرداد أموال الدولة الليبية وإدارة الأصول المستردة.
- وعلى ما قرره مجلس الوزراء في اجتماعه العادي الثاني لسنة 2021م.

**قــــرر:**

**مادة (1)**

تكون تبعية مكتب استرداد أموال الدولة وإدارة الأصول المستردة لرئيس مجلس الوزراء، ويدار بمدير عام يصدر بتسميته قرار من رئيس مجلس الوزراء، ونائبا للمدير العام يصدر بتسميته قرار من رئيس مجلس الوزراء بناء على اقتراح من مدير عام المكتب.

**مادة (2)**

يعمل بهذا القرار من تاريخ صدوره ، ويلغى كل حكم يخالفه، وعلى الجهات المختصة تنفيذه.



صدر في: 27, شوال , 1442 هجري
الموافـق : 8 , 6 /2021 ميلادي

ع. أبو زيد
القانونية