# EXHIBIT C (Translation)

Resolution of the Council of Ministers of the Government of National Unity

No. (107) for the year 2021 AD

Deciding some provisions regarding the organizational structure of the Libyan Asset Recovery & Management Office

Council of Ministers

After reviewing the Constitutional Declaration and its amendments

And the Libyan Political Agreement signed on December 17, 2015 AD.

And on the outcomes of the Libyan Dialogue Forum held on November 9, 2020 AD.
And the law of the financial system of the state and the regulation of the budget, accounts and warehouses and their amendments.

And Law No. (12) of 2010 regarding the issuance of the Labor Relations Law and its executive regulations

And what the House of Representatives decided in its session held on March 10 / 2021 AD, in the city of Sirte, regarding granting confidence to the national unity government

And Presidential Council Resolution No. (1497) of 2019 AD, approving the organizational structure of the Libyan Asset Recovery & Management Office

And based on what the Council of Ministers decided at its second regular meeting for the year 2021 AD.

Article (1)
It was decided that the Libyan Asset Recovery & Management Office
 shall be subordinate to the Prime Minister, and it shall be managed by a Director General who shall be named by a decision of the Prime Minister, and a Deputy Director General who shall be nominated by a decision of the Prime Minister based on Suggestion from the general manager of the office.

Article (2)

This decision shall come into effect from the date of its issuance, and any provision that contradicts it shall be repealed, and the competent authorities shall implement it

Council of Ministers

June 8 2021