# EXHIBIT D



حكومــــة الوحـــدة الوطنيــة
+°IӨӨ°Є+ +°ӨⱠ⋮⊪+ +°ᴎⵁ°Ө°I+
agasu nduronnu numii-ī
Government of National Unity

قرار رئيس مجلس وزراء حكومة الوحدة الوطنية
رقم (١٢٢) لسنة 2021 م
بشأن تسمية مدير عام لمكتب استرداد أموال الدولة وإدارة الأصول المستردة

**رئيس مجلــس الـــوزراء،**

- بعد الإطلاع على الإعلان الدستوري وتعديلاته .
- وعلى الاتفاق السياسي الليبي الموقع بتاريخ 17/ ديسمبر/ 2015 م.
- وعلى مخرجات ملتقى الحوار الليبي المنعقد بتاريخ 9/ نوفمبر/ 2020م.
- وعلى قانون النظام المالي للدولة ولائحة الميزانية والحسابات والمخازن وتعديلاتهما.
- وعلى القانون رقم (12) لسنة 2010 م ، بشأن إصدار قانون علاقات العمل ولائحته التنفيذية.
- وعلى ما قرره مجلس النواب في جلسته المنعقدة بتاريخ 10/مارس/2021م، في مدينة سرت بشأن منح الثقة لحكومة الوحدة الوطنية.
- وعلى قرار مجلس وزراء حكومة الوحدة الوطنية رقم (٥٣) لسنة 2021م، بتقرير بعض الأحكام في شأن الهيكل التنظيمي لمكتب استرداد أموال الدولة الليبية وإدارة الأصول المستردة.
- وعلى ما قرره مجلس الوزراء في اجتماعه العادي الثالث لسنة 2021م.
- وعلى كتاب السيد/ أمين شؤون مجلس الوزراء رقم (3199) المؤرخ في 2021/5/25م.

**قــــــــرر.**

**مادة (1)**

يسمى السيد/ محمد رمضان محمد مديرا عاما لمكتب استرداد أموال الدولة وإدارة الأصول المستردة.

**مادة (2)**

يعمل بهذا القرار من تاريخ صدوره، ويلغى كل حكم يخالفه، وعلى الجهات المختصة تنفيذه.

عبد الحميد محمد الدبيبة
رئيس مجلس الوزراء

صدر فـي 27/ شوال /1442 هجري
الموافـــق 8/ 6 /2021 ميـــلادي
رع/ع.أبوزيد * * ☐ / القانونية