# EXHIBIT D (Translation)

The decision of the Prime Minister of the National Unity Government No. (122) for the year 2021 AD

Concerning the nomination of a general manager for the Libyan Asset Recovery and Management Office

Prime Minister

After reviewing the Constitutional Declaration and its amendments

And the Libyan Political Agreement signed on December 17, 2015. And on the outcomes of the Libyan Dialogue Forum held on November 19, 2020 AD

And the law of the financial system of the state and the regulation of the budget, accounts and warehouses and their amendments.

And Law No. (12) of 2010 AD regarding the issuance of the Labor Relations Law and its executive regulations, and what the House of Representatives decided in its session held on March 10 / 2021 AD, in the city of Sirte, regarding granting confidence to the government National Unity

And Resolution of the Council of Ministers of the Government of National Unity No. (107) for the year 2021 AD to decide on some provisions regarding the structure
Of the Libyan Asset Recovery and Management Office

. And based on what the Council of Ministers decided at its third regular meeting for the year 2021 AD.

And on the letter of the Secretary of Cabinet Affairs No. (3199) dated 25/5/2021 AD.

Article (1)

Mr. Mohamed Ramadan Mohamed is named Director General of the Libyan Asset Recovery and Management Office

 Article (2)

This decision shall come into effect from the date of its issuance, and any provision that contradicts it shall be repealed, and the competent authorities shall implement it


Abdel Hamid Mohamed, Prime Minister

June 8 2021