# EXHIBIT E

دولة ليبيا
وزارة العدل

محكمة استئناف طرابلس

## القلم الإداري
### شهادة بمنطوق الحكم

بناءً على طلب السيدة/ أحمد محمد دلدوش ..........

بأن المحكمة بجلستها المنعقدة بتاريخ: "../7/.2./2022م"،

أمام الدائرة الإدارية .... الثالثة ..........

قد أصدرت في الدعوى رقم ..... 256/2021 ..........

والمرفوعة من ... أحمد مصطفى سيف مكرم ..........

ضد ... مجلس الوزراء ..........

الحكم الآتي منطوقه:

حكمت المحكمة بقبول الدعوى شكلاً ومن الموضوع
بإلغاء القرار المطعون فيه والنتيجة بإلغائه
مع ما يترتب عليه من آثار ..........

أمين سر الدائرة                    رئيس القلم الإداري

حرر بتاريخ: ..........
الموافق: "20/2/2022م".
gamila

**State of Libya**
**Ministry of Justice**

**Tripoli Court of Appeals**

**Administrative Bureau**

**Certificate of Judgment**

Based on the application submitted by Mrs. **Omaima Mohamed Dadoush** for a Certificate of Judgment;

The court delivered the following ruling in its hearing held on 7.2.2022 before the 3rd Administrative Circuit in the lawsuit No.256/2021 filed by **Anwar Lufti** versus the Prime Minister:

The court ruled to admit the appeal in form and in substance to annul the contested decision and to order the appellee to pay the expenses.

**Secretary of the Circuit**            **Chief Administrative Clerk**

**Issued on: Sunday 20.2.2022**



Bagdad Str. Close To Elmgharief Str.   +218 21333 0801   091-190 4592
E-mail: Almotamayez83@gmail.com  -  almo_2013@outlook.sa