# EXHIBIT F

المحكمة العليا

التاريخ: الأحد 17 ربيع الآخر
الموافق: 11/1/ 2022

قرار دائرة النقض __الإداري__ بالمحكمة العليا

في طلب وقف التنفيذ بالطعن رقم ، 223 ، 69 ق.

المرفوع من : رئيس مجلس الوزراء حكومة الوحدة الوطنية بصفته

/ / /

يمثله المحامي : اد(ة) القضايا

ضد . 1 . انور لطفي عارف
2 . محمد فرج خميس
3 . يوسف السنوسي الشارف        4 . عصام ابراهيم الفلاح
5 . جلال الدين عمر بن محمود     يمثلهم المحامي : خليفة المراكش

عن الحكم الصادر من محكمة : استئناف طرابلس الدائرة الإدارية الثانية
بتاريخ : الاثنين    الموافق : 7-2-2022

في الاستئناف رقم : 256 لسنة 2021 م

نظرت دائرة النقض : الإدارية    بجلستها المنعقدة بتاريخ : الأربعاء 21 ربيع الآخر 1444 هـ
الموافق : 16/11/ 2022 بميلادي    بمقر المحكمة العليا بطرابلس في طلب وقف تنفيذ
الحكم المطعون عليه وأصدرت فيه قرارها القاضي :

بعد الاطلاع على الأوراق وسماع المرافعة الشفوية وبعد انتهاء الدراسة والمداولة
وحيث أنه لا يبين من طالعة أوراق الطعن ما يبرر الاستجابة لوقف
تنفيذ الحكم المطعون فيه لذلك
تقرر المحكمة رفض الطلب

**State of Libya**
**Supreme Court**

Date: 17.11.2022

Decision of the Administrative Cassation Circuit of the Supreme Court
in the petition for stay of execution in the appeal No.223.69 K
Filed by Prime Minister of Government of National Unity in his capacity

Represented by: Litigation Department

Versus: 1- Anwar Lutfi
       2- Mohamed Faraj Khamis
       3- Yousef Asnussi Asharif    4- Essam Ibarhim Alfallah
       5- Jalajedin Omar Ben    represented by lawyer: Khalif Alatrash

For the ruling delivered by Tripoli Court of Appeals, Third Administrative Circuit on Monday dated 2.7.2012 in the appeal No.256 of 2021.

The Circuit of Administrative Cassation, in its hearing held on Wednesday 16.11.2022, at the seat of the Supreme Court in Tripoli, considered the motion to stay the Tripoli court of Appeals's ruling from going into effect, in which it delivered its decision as follows:

Following discovery, hearing the oral pleading, the argument of Cassation Prosecution and the deliberation, and whereas having examined the appeal documents no justification was found to warrant the stay of execution of the contested ruling; hence:
The Court rules to dismiss the petition.

**State of Libya**
**Supreme Court Registrar**
**Administrative Circuit**



Bagdad Str. Close To Elmgharief Str.   +218 21333 0801   091-190 4592   شارع بغداد المتفرع من المقريف سابقا