# EXHIBIT G

**LIBYAN PRESIDENTIAL COUNCIL**

Office of the President




مكتب الرئيس

الموضوع: سحب مراد
اشــاري: د ت د/ 41 / 2021
التاريــخ: 16 / 6 / 2021 م

(عاجل جدا ومام)

السيد/ رئيس حكومة الوحدة الوطنية.
تحية طيبة وبعد ،،،

في إطار العمل المشترك للسلطة التنفيذية والمتمثلة في المجلس الرئاسي وحكومة الوحدة الوطنية ، ووفقا للاختصاصات المنوطة لكل منهما .

ومن خلال متابعة ما يصدر عن حكومة الوحدة الوطنية من قرارات تبين صدور قرار مجلس الوزراء رقم (107) لسنة 2021 م بتقرير بعض الأحكام في شأن الهيكل التنظيمي لمكتب استرداد أموال الدولة الليبية وإدارة الأصول المستردة ، وقرار رئيس مجلس الوزراء رقم (122) لسنة 2021 م . بشأن تسمية مدير عام للمكتب المشار إليه أنفا ، وذلك بالمخالفة لقرار إنشائه الصادر عن المجلس الرئاسي لحكومة الوفاق الوطني (سابقا) رقم (1101) لسنة 2017 م ، وتعديله بالقرار رقم (1163) لسنة 2018 م ، واللذان يقضيان بتبعية المكتب للمجلس الرئاسي مباشرة .

وفقا لقواعد الإختصاص ، يطلب منكم سحب القرارين رقم (107) مجلس الـوزراء ورقم (122) رئيس مجلس الوزراء ، والمشار إليهما ، وذلك لعيب عدم الإختصاص .

والسلام عليكم .

د. محمد يونس المنفي
رئيس المجلس الرئاسي الليبي



- السيد رئيس مجلس النـــواب
- السيد رئيس المجلس الأعلى للدولــة
- السادة/ نائبي المجلس الرئاسي
- السيد رئيس ديوان المحاسبـــة
- السيد رئيس هيئة الرقابة الإداريــة
- السيد رئيس هيئة مكافحة الفســـاد
- السيد رئيس ديوان المجلس الرئاســي
- السيد/ مدير مكتب رئيس المجلس الرئاســي
- السيد/ مدير مكتب الشؤون القانونية والشكـــاوي
- تحويري العـــــــــام
- ك .  المكتب القانوني بديوان المجلس



**Almotamayez** For Legal Translation

**Libyan Presidential Council**
**Office of the President**

Re: Withdrawal of a decision
Ref.41/2021
Date: 16.6.2021

**(Very urgent and important)**

Mr. Prime Minister of Government of National Unity

Greetings,

This has reference to the framework of the joint work of the executive branch between Presidential Council and the Government of National Unity, in accordance with their respective mandates.

Through follow-up of the decisions issued by Government of National Unity namely cabinet of Minister's decision No.107 for the year 2021 deciding on certain provisions in regards to the organizational structure of the Libyan Asset Recovery and Management Office, and the Prime Minister's decision No.122 for the year 2021, both these decisions are in violation of the decision of the Presidential Council of Government of National Accord No.1101 of 2017 as amended by decree No.1163 of 2018, which state that the office is to be directly under the oversight of the Presidential Council.

In Accordance with the rules of competence, you are hereby requested to withdraw resolutions No.107 of the Council Minister's and No.122, of the prime Minister of the Council of Ministers because of the lack of competence.

Dr. Muhammad Yunus **Al Manfi**
President of the **Libyan Presidential Council**

