# EXHIBIT H

**LIBYAN PRESIDENTIAL COUNCIL**

Office of the President





المجلس الرئاسي الليبي

مكتب الرئيس

الموضوع : استمرار العمل

اشـــاري : 2021/73/د.٣٠٤

التاريــخ : 2021 / 7 / 6

السيد/ مدير مكتب
إسترداد أموال الدولة الليبية وإدارة الأصول المستردة .

تحية طيبة وبعد ،،،

بناء على تعليمات فخامة السيد/ رئيس المجلس الرئاسي .

كلفت بإبلاغكم بالاستمرار في عملكم ، وعدم الاعتداد بأي إجراءات تصـدر عـن

غير المجلس الرئاسي في هذا الشأن وفقا لقواعد الإختصاص .

للعلم يطلب التقيد والالتزام بذلك .

والسلام عليكم .

أ. طاهر عثمان طاهر
مدير مكتب رئيس المجلس الرئاسي





مكتب إسترداد أموال الدولة الليبية
وإدارة الأصول المستردة
وارد
رقم التسجيل 5 ص و 21
التاريخ
التوقيع

صـ/ صورة إلى كل :
- السادة/ مدراء مكاتب نائبي المجلس الرئاسـي .
- السيد/ رئيس ديوان المجلس الرئاسـي .
- الدوري العـــام .