# EXHIBIT H (Translation)

Office of the President.

Date: July 6, 2021

To : Manager of the Libyan Asset Recovery and Management Office

After Greetings ,,,

On the instructions of His Excellency Mr. President of the Presidential Council.

I have been tasked with informing you to continue your work, and to disregard any measures not issued by
The Presidential Council in accordance with the rules of jurisdiction.

This is for your information and  adherence and commitment such instructions.

Peace be upon you.

Tahir Osman Tahir

Director of the Office of the President of the Presidential Council