# EXHIBIT I

**LIBYAN PRESIDENTIAL COUNCIL**
Decisions



المجلس الرئاسي الليبي

القـــــرارات

قرار رئيس المجلس الرئاسي
رقم ( 71 ) لسنة 2021م
بشأن تشكيل لجنة تحديد مهامها

رئيس المجلس الرئاسي :

- بعد الاطلاع على الإعلان الدستوري الصادر بتاريخ 03/أغسطس/2011 م وتعديلاته .
- وعلى الاتفاق السياسي الليبي الموقع بتاريخ 17 ديسمبر 2015م .
- وعلى ملتقى الحوار السياسي الليبي المنعقد بتاريخ 9 نوفمبر 2020 م .
- وعلى ما قرره مجلس النواب في جلسته المنعقدة بتاريخ (10) مارس 2021 م في مدينة سرت .
- قانون النظام المالي للدولة ، ولائحة الميزانية والحسابات والمخازن ، وتعديلاته .
- وعلى القانون رقم (12) لسنة 2010 م ، بشأن علاقات العمل ، ولائحته التنفيذية .
- وعلى قرار المجلس الرئاسي لحكومة الوفاق الوطني (سابقا) رقم (1011) لسنة 2017 م بشأن إنشاء مكتب استرداد وإدارة أموال الدولة الليبية المهربة والمنهوبة وتعديلاته .
- وعلى المذكرة المقدمة من السيد / مدير مكتب الشؤون القانونية والشكاوى المكلف المؤرخة في 15/06/2021 م .
- وعلى ما تقتضيه المصلحة العامة .

**قــــرر**

**مادة (1)**

تشكل لجنة برئاسة السيد / أنس سعد هلال وعضوية كل من :-

1. السيد / حسام ادريس الشريـــــف .
2. السيد / عبدالكريم عمر الشبلي .
3. السيد / أحمد جمعة عقـــــوب .
4. السيد / عبدالله رمضان نعمــــة .
5. السيد / الصديق نصر الشـــانبي .

**مادة (2)**

تتولى اللجنة المشكلة بموجب المادة الأولى من هذا القرار مراجعة كافة السجلات ، والدفاتر ، والحسابات المصرفية لمكتب إسترداد الأموال الليبية وإدارة الأصول المستردة ، وتقييم عمله منذ إنشائه وحتى تاريخه .

**مادة (3)**

للجنة اتخاذ كافة الإجراءات المتعلقة بالتنسيق والتواصل مع الجهات ذات العلاقة لتنفيذ مهامها على الشكل المطلوب .

**مادة (4)**

للجنة الاستعانة بمن ترى لزوم الاستعانة به لتحقيق أغراضها .

**مادة (5)**

على اللجنة أن تقدم تقريرا بنتائج أعمالها خلال مدة لا تتجاوز (45) يوما من تاريخ صدور هذا القرار .

**مادة (6)**

يعمل بهذا القرار من تاريخ صدوره ، وعلى الجهات المعنية تنفيذه .



محمد يونس المنفي
رئيس المجلس الرئاسي الليبي

صدر في 19 ذي الحجة 1442 هجري
الموافق 29 / 6 / 2021 م
(76)