# EXHIBIT I
# (Translation)

Almotamayez  For Legal Translation

# LIBYAN PRESIDENTIAL COUNCIL
## DECISIONS

### PRESIDENTIAL COUNCIL DECISION NO. (71) OF 2021 CONCERNING A COMMITTEE FORMATION A AND DETERMINING ITS TASKS

**President of the Presidential Council**
- After reviewing the Constitutional Declaration issued on August 3, 2011 and its amendments.
- The Libyan Political Agreement signed on December 17, 2015.
- The Libyan Political Dialogue Forum, held on November 9, 2020.
- Based on the Parliament decision in its session held on March 10, 2021 in Sirte.
- The State Financial System Law, the Budget Regulations, Accounts and Warehouses, and its amendments,
- The Law No. (12) of 2010 regarding labor relations, and its executive regulations.
- The Presidential Council Decision of the former Government of National Accord No. (1011) of 2017 regarding the establishment of the Libyan Asset Recovery & Management office to and its amendments.
- The memorandum submitted by the Acting Manager of Legal Affairs and Complaints Office, on June 15, 2021.
- The public interest requirements.

**It has been decided:**

### Article 1
A committee shall be formed headed by Mr. **ANAS SAAD HLAL** and the membership of the following:
1. Mr. **HUSSAM IDRIS ALSHARIF.**
2. Mr. **ABDULKARIM OMAR ALSHIBLI.**
3. Mr. **AHMED JUMAA AGOUB.**
4. Mr. **ABDULLAH RAMADAN NEMA.**
5. Mr. **ALSIDEEG NASR ALSHAEBI.**

### Article 2
The committee formed according to Article 1 of this decision shall review all records, books, and bank accounts of the Libyan Asset Recovery & Management office, and evaluate its work from its establishment until now.

### Article 3
The committee may take all procedures related to coordination and communication with the relevant authorities to carry out its tasks as required.



**Almotamayez** For Legal Translation

### Article 4
The committee may seek assistance from whomever it deems necessary to achieve its objectives.

### Article 5
The committee shall submit the results report of its work within a period not exceeding (45) days from the date of this decision issuance.

### Article 6
This decision shall be applicable from the date of its issuance, and the concerned authorities shall implement it.

**Signature and seal:**
MOHAMED YOUNIS ALMANFI
President of the Libyan Presidential Council
**SEAL:** Libyan Presidential Council - Decisions

Issued on **June 29, 2021**
Prepared by: **Legal Affairs (76)**

