# EXHIBIT K

محكمة اسـتئناف طرابلس

الدائرة الإدارية الثالثة

حيثية تصحيح شكل حيثية الاستئناف شكلاً

المصنفة رقم 19 / 2023   إعلانه فلوعد
جلسة 15 / 5 / 2023
إنه في يوم ,, الموافق 14,5,23 على قا الساعة 10/40

بناءً على علم طليس /

رئيس مجلس الوزراء، بصفته
ومنوب عنه قانوناً إدارة القضايا فرع طرابلس الكائن ومقرها
مجمع المحاكم شارع الـ ... سيدي ... طرابلس.

أنا عبد ... مشل ... المحضر التابع عليه اـ ... ستئناف
طرابلس قد نقلت (الى حيث ... إعلامه /

1) أنور لطفي عارف        2) محمد فرج خميس
3) يوسف السنوسي الشارف   4) عصام إبراهيم الملح
5) عبد الله المنتصر بن محمد

جميعهم مرخصون يقيمون بطرابلس، ويحمل المحتار ...
علينا الأستاذ خليفة الطرشي المحامي الكائن مكتبه الأنزلك

وأعلنته بالآتي

سبق لمعلنه بصفته وأن أقام الاستشكال الموضوعي في الحكم

المصادر خبر الصفحة الخارجي رقم 6 5 2 / 2 0 ل ... و لن يحمل

الرقم 19 / 0 2 3 2 م أحاط الدائرة الإدارية الثالثة ... حكما ...

طرابلس ، وحيث أن حرمته الاستشارات ... خطأ ...

... توجبها لصيانة ... ... ، وحيث أنه

من اليوم ... إغلاقه الصفحة ... الحسية للطلبة اليوم عن

طريق محتلهم الطارئ.

لذلك

أنا المحضر بسالف الذكر انتقلت ... المعلن الناطق بسم ...

... صورة لصحيفة ... وقفة لصحيفة لا ...

... علامات الحضور أمام حاكم ... الاستئناف بالبلاد ...

الكائن بجمعة ... الشارع ... سلطة الدائرة الإدارية

الثالثة التي ... تعقد يوم ... الخميس الموافق لـ 15 / 5 / 23

علة قلم لساعة لتمام التاسعة صباحاً ... بأوراقها.

... ... ...

... ... عند ... بصفة

... ... ...

... ... ...

... إدارة ... ... ، طرابلس

هذه النص مكتوب بخط اليد باللغة العربية ويصعب قراءته بشكل كامل. فيما يلي محاولة لقراءة ما هو واضح:

محكمة استئناف طرابلس
الدائرة الثالثة

موضوعي في الحكم لا صرف
بطعن إداري رقم 652 - 21 ه‍

الموافق السوم
الساعة
الثالث التاسع استئناف طرابلس

الهيئة مصحر ومقامه كل من
1 - انفر لطفي عارف    ج - محمد حوض حسن
ج - يوسف السنوسي    ك - آصف    4 - عصام ابراهيم الفلاح
ك - جلال الدين علي بن محمود    ه - دصفان

حكمة استئناف طرابلس

المستشارين وكاتب
الماضي على في الاستئناف رقم 6
مبادئ طلب المستأنف دفائه
الرئيس هذا الوزارة دفعية صحة
اعلنت

الدائرة الثالثة التاسعة
طعن بتاريخ 7-2-2022 ه‍ وقد أمرت
حكم ال... فرض صوف
استأنف الحكم على طول الطعن شكلاً
وفي موضوع بإلغاء الضرر للطعن عنه في
استئناف الاستشكال

السبب الأول
الحكم في استئناف أمر أعضاء آخر طعن
فيه محلس الرئاسي على أضف صادر
من قبل محلس الوزراء وفقاً الأم
القرار رقم 1496 لسنة 2019 بشأن إعادة

1

تتــــــظم مكنــــ اــــــــلراد اصــول الدولـة الـــدينه
ءالقرارحم 241 لـــــنة 2021 بتعـــديل مــاده
٩ القرار رقم 1496 لــــنة 2019م الذى تم طــوجبه
نقل بعـــــيه مكتبا اـــرؤار اصــوال الدول صن
مول ـــــس الوزراء الى آلحلـــ بين الرئاســـــــو وأبر
الأضم المختكص بإصدار هذه القرارات يحصن
بم فـ أبر القرار قماطعــونزمنه وتكصدر صوملــي
مختص
لا إنراكنت التبين لإستد ه القانوز حبت أن
آلمجلــس الرئاستي لحكومـة الوفاك الوطنى
غـــل محلس وزراء مـــن خلال بكلف
وزراء مقـــــوتظنى بحت أن آلمجلس الرئاسي
بناء كـــــى الارقاو السيا ـــى ولم بتم إغـــاد
البرب أن كحكومة حمـ اصلطه،اكاله
محلس رئاسي ومحلس وزراء مى ذا الوقت
وأبر قرار آتخـــعونرفه نبك تتقـــته مكنين ومؤرد
أ مـــــوال الدول ة اللـــكبه جاكار قانون
حتى أنر آلحسام آلحهلـــــه لــــــ ى كل دول العالم
بكوش شكل آلمحلس للوزراء

السبب الثاني تمل وصنوعنه على الموحل ويم الى
حنازعاتـــى اللى بطلب فلز أمـــا طروف النـــعيد
آلنازع ـــــات آلعبر احينار حكم تقــم الننزع ٩ أصل الد ة
أءالعبر احينار حكم آلأ مـــــبلبتق يى ضور الصرورة
عرص نم للوز حكبة على الا صور الص حابة وفقبه وصوصووكز
عربيسين ماتمر التنـــعدى أمبلامة الناين منه
قدستظ بالكسـد آلفقه عـــى جواز رفع الننازعة نتـعيد آلموصووك
وبتج

سواد خل المشروع في التشهيد أوصى أنه دقوقه أوبهر
بما منه ولقوة زوو يسعى التشهد أطلوصونه حقر
أستفاد الفحم فوكة التشهيدية وأكى طقضاحل
للقوة لتنضيده حبراً على أطلحدن ولا لتكفق ذلك
إلا إذا ك... لاز ديانه أو أسرت أطلحية بنقاته
نفاذ أصحلا أولقوة القادوس مكذلك لهوم لكن
الصعفة التشهيدية فوضوى علمه بعد أنه دستحده قوفه
التشهويه منه إمكان تنفيده جيراً عند استيقاذ صفواته
السبب الآلن،
لانكسى لامكان إمراء التشهد الجيد التركوفه بد
حل الى التشهد سنة لتشهدي وأمس بالس المتركوفر
هنالك إمكاشة لتشهيده ماءاضاف... التركوفه الى
الوارد بالسنيد التشهيدى محقق الوهود وصى وافك
الى... به... در لتشهد الصح الفضاى الصادر
بالاله... ادلوهود عكثاره تحل لتشهد صوالاحسه
أطلحاوف سهه طروره حالى دهزلتشهيده
مرهومد لاريى على أنر الواقعه إدارك وقفلا
قد لاتسهدت فى أرض العوافع اد أنه هوصن
أطلس تشكل مرهه قد السحقوا بالعمل بالكتب الثانى
أطلس الوزراء ومنهم أطلس شكل مره عصا مكرامه
الفلاح... أنر مؤسسان الدلك الرقابه
مر الفضاءنه... حرام أطلكتبى وصفاء سبيل
أطمثال ٤٢٧ حرفت لاركانه إدانه وطلس
التوا... مرهرمرتوى ... أنه لعبه المكتب علمه
للوزراء مرهمت أنه لتشهد الفحم تركى علمه شاتم تهدز
مداركى لهد أنزقاكن إمارة أطلحبنه بالعءد كانتك الغريرز
أطلكوه... مله... نشكل مره... ح... أنه مترة الثا مرسه
مر الخرا تحاة سربكنه بماس بالقاو... كانتح الف حقوالاى

CARIN

4

ثانياً - وقف تنفيذ الحكم مجلس تشكيل منه

ثالثاً - الغاء الحكم مجلس تشكيل منه ومكافحة الارهاب

أعلمناكم عنه

رابعاً - التزام مجلس تشكيل مرتخص الاضراري ميرالاس

على التزام الولاية مجلس تشكيل

مستحق يصرف الى صاحب البلس

غير المستحق

٥