# EXHIBIT L

**LIBYAN PRESIDENTIAL COUNCIL**
**Office of the President**




مكتب الرئيس
مجلس الرئاسي الليبي

الموضوع: تعميم
اشاري: ر.م.ر/18/2023
التاريخ: 13/04/2023م

(هــــــام)

السيدة المحترمة / وزير الخارجية والتعاون الدولي.
تحية طيبة وبعد ،،،

بالإشارة إلى قرار المجلس الرئاسي بحكومة الوفاق الوطني (سابقاً) رقم (1496)، لسنة 2019م. بإعادة تنظيم مكتب استرداد أموال الدولة الليبية وإدارة الأصول المستردة.

وإلى قرار المجلس الرئاسي بحكومة الوفاق الوطني (سابقاً) رقم (294)، لسنة 2021م، بتقرير بعض الأحكام في شأن مكتب استرداد أموال الدولة الليبية وإدارة الأصول المستردة.

وإيماءً إلى قرار دائرة النقض الإداري بالمحكمة العليا في الطعن رقم (223.69 ق) والذي قضت فيه برفض طلب رئيس مجلس الوزراء بحكومة الوحدة الوطنية بشأن إيقاف تنفيذ الحكم الصادر لصالح مكتب استرداد الأموال الدولة الليبية وإدارة الأصول المستردة التابع للمجلس الرئاسي.

عليه ،،، فإن الأمر يتطلب منكم التعميم على كافة السفارات والبعثات الدبلوماسية، وما في حكمها التقيد بالتعامل مع الممثل القانوني لمكتب استرداد أموال الدولة الليبية وإدارة الأصول المستردة السيد/ أنور لطفي عاريف، فقط وأن أي تعامل مع جسم موازي آخر يعد مخالفاً للتشريعات والنظم النافذة.

والسلام عليكم.

د. محمد يونس المنفي
رئيس المجلس الرئاسي الليبي



صورة إلى كل من:
- السيد/ رئيس مجلس النـــــــواب.
- السيد/ رئيس المجلس الأعلى للدولــــــة.
- السادة/ نائبي المجلس الرئاسي.
- السيد/ النائب العــــــــــــــــام.
- السيد/ رئيس حكومة الوحدة الوطنية.
- السيد/ رئيس هيئة الرقابة الإدارية.
- السيد/ رئيس ديوان المحاسبـــــــة.
- السيد/ مدير مكتب استرداد أموال الدولة الليبية وإدارة الأصول المســـــــتردة.
- السيد/ مدير مكتب الشؤون القانونية والدســـــــتورية.
- السيد/ مدير مكتب المتابعة والتقيـــــــــيم.