# EXHIBIT L (Translation)

Almotamayez  For Legal Translation



**LIBYAN PRESIDENTIAL COUNCIL**
Office of the president

The subect: circulation
Referral: R-M- R/18/2023

Date: 13/04/2023

Important

- Respected Madam / Minister of Foreign Affairs and International Cooperation.

Greetings ,,,

With reference to the decision of the Presidential Council of the Government of National Accord No. (1496) of 2019 AD, to reorganize the Libyan asset recovery & management office. And to the decision of the Presidential Council of the Government of National Accord No. (294) for the year 2021 AD to decide some provisions regarding the Libyan asset recovery & management office. And to the decision of the Administrative Cassation Department of the Supreme Court in Appeal No. (69-223 s), in which it ruled to reject the request of the Prime Minister of the National Unity Government regarding motion to stop the implementation of Judgment in favor of the Libyan asset recovery & management office affiliated with the Presidential Council. Accordingly... the matter requires you to circulate to all embassies and diplomatic missions and the like to adhere to dealing with the legal representative of the Libyan asset recovery & management office, Mr. Anwar Lutfi Arif only, and that any dealings with another parallel body is in violation of the law and regulations in force.

Peace be upon you.

**Signature and seal:**
Dr.. Mohamed Younes Al-Manfi, President of the Libyan Presidential Council

Bagdad Str. Close To Elmgharief Str.    +218 21...