UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Ex Parte Application of Libyan Asset Recovery and Management Office to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782,<br><br>Petitioner. | Misc. Case No.: 21-mc-00852<br><br>**NOTICE OF APPEARANCE** |

To: The Clerk of the Court and All Parties of Record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Petitioner Libyan Asset Recovery and Management Office.

Dated: June 16, 2023
       New York, New York

**BAKER & HOSTETLER LLP**

/s/ *Gonzalo S. Zeballos*
Gonzalo S. Zeballos
45 Rockefeller Plaza, 14th Floor
New York, New York 10111
Tel: 212 589-4200
Fax: 212 589-4201
Email: gzeballos@bakerlaw.com

*Attorney for Petitioner Libyan Asset Recovery and Management Office*