UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re *Ex Parte* Application of Libyan Asset Recovery and Management Office, to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782,<br><br>Petitioner. | Case No. 21-mc-00852-JGK-BCM<br><br>**AFFIDAVIT OF SERVICE** |
|---|---|

STATE OF NEW YORK )
                             )ss:
COUNTY OF NEW YORK)

MICHAEL BUCKHEIT, being duly sworn, deposes and says:

I am over 18 years of age, am not a party to this proceeding and am employed by the law firm of Baker Hostetler LLP located at 45 Rockefeller Plaza, New York, NY 10111.

On the 16th day of June, 2023, I served the **Declaration of Anwar Arif in Support of Petitioner's Ex Parte Application for an Order Authorizing Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782 and this Court's May 30, 2023 Order (ECF No. 16)** in the above captioned action, upon the following, via overnight courier (Federal Express):

    Mohamed Ramadan Mensli
    Embassy of Libya
    1460 Dahlis Street
    Washington, DC 20012
    Tel: 202-944-9601

_____
MICHAEL BUCKHEIT

Sworn to before me this
16th day of June, 2023
_____
Notary Public

THERESA BLABER
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01BL6122229
Qualified in Queens County
Commission Expires February 07, 2025