UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE: EX PARTE APPLICATION OF
LIBYAN ASSET RECOVERY AND MANAGEMENT
OFFICE TO CONDUCT DISCOVERY FOR USE
IN FOREIGN PROCEEDINGS PURSUANT TO
28 U.S.C. § 1782,

          Applicant.

21-mc-852 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

The parties are directed to appear for a telephone conference on **December 6, 2023,** at **4:00 p.m.**

Dial-in: 888-363-4749, with access code 8140049.

SO ORDERED.

Dated:    New York, New York
           November 29, 2023

                                      _____
                                      John G. Koeltl
                                  United States District Judge