UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EX PARTE APPLICATION OF LIBYAN ASSET
RECOVERY AND MANAGEMENT OFFICE TO
CONDUCT DISCOVERY FOR USE IN FOREIGN
PROCEEDINGS PURSUANT TO 28 U.S.C. 1782

Applicant.

21-mc-852 (JGK)

ORDER

---

JOHN G. KOELTL, United States District Judge:

The time to file objections to the Magistrate Judge's Report and Recommendation is stayed until **December 20, 2023.**

SO ORDERED.

Dated: December 6, 2023
       New York, New York

John G. Koeltl
United States District Judge